# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PSC METALS, INC., | ) |
|     Plaintiff/Counter-defendant, | ) |
| v. | ) Case No. 3:17-cv-01088 |
| | ) Judge Aleta A. Trauger |
| SOUTHERN RECYCLING, LLC, | ) |
|     Defendant/Counter-plaintiff. | ) |

## ORDER

For the foregoing reasons, PSC's Motion for Partial Summary Judgment (Docket No. 94) and Motion for Summary Judgment on Counterclaim (Docket No. 132) are hereby **GRANTED**. The only remaining issue for determination in this case is the amount of damages, if any, to which PSC is entitled.

It is so **ORDERED**.

ENTER this 27th day of August 2018.

_____
ALETA A. TRAUGER
U.S. District Judge

1